-1-

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE JOSEPH A. LAROSKI JR, JUDGE

| | |
|---|---|
| U.S. Glass Producers Coalition<br><br>          Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>          Defendant. | Case No. 25-00058 |

## NOTICE OF REMOVAL OF ATTORNEY

Please take notice that Lauren Shapiro has left the law firm Baker & McKenzie, and will no longer appear as an attorney in this proceeding. Therefore, we request that all papers in connection with this action be served only upon the undersigned.

-1-

Respectfully submitted,

Dated: April  24, 2026

/s/ _____

Christine Streatfeild

Baker & McKenzie LLP
815 Connecticut Avenue NW
Washington, DC 20006
Tel: (202) 835 6111
Email: christine.streatfeild@bakermckenzie.com

*Counsel for Plaintiff*